**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| FRANK DAVIS, SR. and CAROLYN DAVIS, : : : Plaintiffs, : : v. : : ONEBEACON INSURANCE GROUP, JOHN: DOE(S) I-V, ABC PARTNERSHIP(S) : I-V, and XYZ CORPORATION(S) : I-V, : : Defendants. : | Civil Action No. 09-cv-4179 (NLH)(KMW) **ORDER** |

**HILLMAN, District Judge**

    For the reasons expressed in this Court's Opinion entered on this date,

    IT IS on this  28th  day of  June  2010, hereby

    **ORDERED** that Defendant's Motion to Dismiss is **DENIED**; and it is further

    **ORDERED** that Plaintiffs' Cross-motion to Remand to the State Court is **DENIED**.

At Camden, New Jersey

                                                      /s/ NOEL L. HILLMAN
                                                      NOEL L. HILLMAN, U.S.D.J.